Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

**\*\*E-Filed 12/2/2010\*\***

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 5:10-cv-04180-JF** |
| **Plaintiff,** | ORDER GRANTING IN PART PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; ~~AND ORDER (Proposed)~~ |
| **vs.** | |
| **ANGEL PANIAGUA FRAIDE, et al.** | |
| **Defendant.** | |

**TO THE HONORABLE JEREMY FOGEL, THE DEFENDANT, AND HER ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Friday, December 3, 2010 at 10:30 a.m. This request will be, and is, necessitated by the fact that defendant Angel Paniagua Fraide, individually and d/b/a El Pollo Dorado is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference presently scheduled for Friday, December 3, 2010 at 10:30 a.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: November 24, 2010

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

1

## ORDER ~~(Proposed)~~

2

3      It is hereby ordered that the Case Management Conference in civil action number 5:10-cv-04180-
                                                                    continued to 2/4/2011 at 10:30 am.
4   JF styled *J & J Sports Productions, Inc. v. Angel Paniagua Fraide, et al.*, is hereby ~~vacated.~~

5          Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

6   of Service of this Order with the Clerk of the Court.

7

8

9

**IT IS SO ORDERED**:

10

11

12

13   _____          Dated: ___12/2/2010_____

14   **THE HONORABLE JEREMY FOGEL**

15   **United States District Court**
     **Northern District of California**

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 24, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Angel Paniagua Fraide (Defendant)
701 East Alisal Street
Salinas, CA 93905

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 24, 2010, at South Pasadena, California.

Dated:  November 24, 2010                                    */s/ Maria Baird*_____
                                                                                **MARIA BAIRD**